UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN JOHNSON, | No. C 06-3257 SI (pr) |
|     Petitioner, | **ORDER** |
|   v. | |
| JAMES A. YATES, warden, | |
|     Respondent. | |

Respondent sought and obtained an extension of time until October 2, 2007 to file his answer to the petition. The proposed order submitted by respondent's counsel did not, however, include an extended deadline for petitioner to file his traverse. Petitioner has requested clarification of his new deadline to file and serve his traverse. Petitioner's traverse must be filed and served no later than **November 2, 2007**.

Respondent's counsel is encouraged to include on proposed orders extensions of all related deadlines by like amounts, e.g., if he wants a 30-day extension of time to file an answer or a motion, the proposed order should include proposed new deadlines for the answer or motion <u>and</u> proposed new deadlines for petitioner's traverse or reply.

IT IS SO ORDERED.

DATED: 9/4/07

                                                            SUSAN ILLSTON
                                                 United States District Judge