UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN JOHNSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES A. YATES, warden,<br><br>　　　　Respondent.<br>_____ / | No. C 06-3257 SI (pr)<br><br>**ORDER EXTENDING DEADLINE FOR TRAVERSE** |

　　Petitioner has filed an <u>ex parte</u> application for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's application. (Docket # 17.) Petitioner must file and serve his traverse no later than **December 14, 2007**.

　　Petitioner also has requested a copy of his opening brief from the California Court of Appeal. The clerk has mailed him a copy of that document to petitioner.

　　IT IS SO ORDERED.

DATED: November 5, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge